IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02137-PAB-MJW

CARL HOHMAN,

Plaintiff(s),

v.

MICHAEL K. YAMAMOTO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion to Vacate Scheduling Conference and Motion for Extension of Time to Effect Service (docket no. 4) is GRANTED finding good cause shown.  The Plaintiff shall forthwith serve the defendant Michael K. Yamamoto or show cause on January 30, 2012 at 9:30 a.m. why this case should not be dismissed for lack of service.  The Rule 16 Scheduling Conference set on November 16, 2011, at 9:30 a.m. is VACATED and is reset to January 30, 2012 at 9:30 a.m. The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the Rule 16 Scheduling Conference.

Date:   November 04, 2011