IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02137-PAB-MJW

CARL HOHMAN,

Plaintiff(s),

v.

MICHAEL K. YAMAMOTO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Second Motion to Vacate Scheduling Conference and Motion for Extension of Time to Effectuate Service (docket no. 8) is GRANTED finding good cause shown.  The Rule 16 Scheduling Conference set on January 30, 2012, at 9:30 a.m. is VACATED.  Plaintiff shall be given an additional 30 days from the date of this Minute Order to serve Defendant Yamamoto.  Plaintiff shall forthwith serve Defendant Yamamoto.

It is FURTHER ORDERED that this case is set for a Rule 16 Scheduling Conference and Show Cause Hearing on February 27, 2012, at 9:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  The parties shall file their proposed Rule 16 Scheduling Order with the court five (5) days prior to the conference.

Date:   January 26, 2012